UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARCUS B. LAWRENCE,<br><br>                    **Defendant.** | Crim. Action No. 91-CR-0029 (TFH/AK) |
| MARCUS B. LAWRENCE,<br><br>                    **Petitioner.**<br><br>v.<br><br>VANESSA P. ADAMS,<br><br>                    **Respondent.** | Civ. Action No. 06-1387 (TFH/AK) |

## ORDER

Upon consideration of the United States Magistrate Judge's Report and Recommendation dated January 2, 2008 [Docket No. 9], which recommends that Marcus Lawrence's Petition For A Writ Of Habeas Corpus By A Person In Custody In The District Of Columbia [Docket No. 1] be treated as a successive petition filed pursuant to 28 U.S.C. § 2255, it hereby is

**ORDERED** that the Report and Recommendation is **ADOPTED IN FULL**. Accordingly, because the Court lacks jurisdiction to consider the petition, it further is

**ORDERED** that, pursuant to 28 U.S.C. §§ 1631 and 2255, the petition be transferred to the United States Court of Appeals for the District of Columbia Circuit for a

determination whether to grant Marcus Lawrence leave to file a successive petition for habeas corpus.

**SO ORDERED.**

July 2, 2008

Thomas F. Hogan
Chief Judge